IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE

OFFICE OF DISCIPLINARY COUNSEL,

      Petitioner,

v.                                      Misc. No.: 2:18-mc-176

MICHAEL P. COOKE, a member of
The West Virginia State Bar,

      Respondent.

## ATTORNEY REMOVAL ORDER

This Court has been notified by the Supreme Court of Appeals of West Virginia that the license to practice law in the State of West Virginia of **Michael P. Cooke** has been annulled by Order entered on October 4, 2018, a copy of which is attached hereto and made a part hereof.

**IT IS ORDERED** that the District Court records be amended to reflect the disciplinary action and that **Michael P. Cooke** is barred from appearances in this Court.

The Clerk is further **ORDERED** to remove **Michael P. Cooke** from the list of attorneys admitted to practice in the District Court.

The Clerk is directed to send a certified copy of this order to **Michael P. Cooke** at his last known address of P. O. Box 2091, Bluefield, West Virginia 24701, to each divisional Clerk's Office in this District, and the Attorney Admission Coordinator.

ENTER:

THOMAS E. JOHNSTON, CHIEF JUDGE

STATE OF WEST VIRGINIA

At a Regular Term of the Supreme Court of Appeals, continued and held at Charleston, Kanawha County, on October 4, 2018, the following order was made and entered:

Lawyer Disciplinary Board,
Petitioner

vs.) No. 17-0945

Michael P. Cooke, a member of
The West Virginia State Bar,
Respondent

RECEIVED

OCT 15 2018

OFFICE OF
DISCIPLINARY COUNSEL

## ORDER

On May 24, 2018, the Hearing Panel Subcommittee of the Lawyer Disciplinary Board, by Rhonda L. Harsh, its chairperson, pursuant to Rule 3.10 of the Rules of Lawyer Disciplinary Procedure, presented to the Court its written recommended disposition in this matter, recommending that (1) respondent's law license be annulled; (2) in the event respondent is reinstated in the future, his law practice be supervised for a period of time; and (3) respondent be ordered to pay the costs of these proceedings pursuant to Rule 3.15 of the Rules of Lawyer Disciplinary Procedure. Thereafter, on June 25, 2018, the petitioner, Lawyer Disciplinary Board, by counsel Jessica H. Donahue Rhodes, filed its consent to the recommendation. The respondent did not file a consent or an objection to the recommendation.

Upon consideration, the Court is of the opinion to and does hereby concur with and approve the recommendations of the Hearing Panel Subcommittee. It is therefore ordered that: (1) respondent's license to practice law in the State of West Virginia, shall be, and it hereby is, **annulled**; and (2) respondent shall pay the costs of these proceedings pursuant to Rule 3.15 of the Rules of Lawyer Disciplinary Procedure. The remaining recommendation regarding reinstatement is premature.

Justice Allen H. Loughry II suspended and therefore not participating. Judge Paul T. Farrell sitting by temporary assignment.

Service of a copy of this order upon all parties herein shall constitute sufficient notice of the contents herein.

A True Copy

Attest: /s/ Edythe Nash Gaiser
Clerk of Court

